TROY LAW, PLLC
John Troy (JT 0481)
41-25 Kissena Boulevard Suite 103
Flushing, NY 11355
Tel: (718) 762-1324
*Attorney for the Plaintiff, proposed FLSA Collective and potential Rule 23 Class*

Case No. <u>20-cv-00687</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
---------------------------------------------------------X
Ming Hui Lin,
*on his own behalf and on behalf of others similarly situated*

                        Plaintiff,
                        v.

NEW CHINA KING ZHENG INC
    d/b/a New China King;;
FANG RONG ZHENG

                        Defendants.
---------------------------------------------------------X

**29 U.S.C. § 216(b)**
**COLLECTIVE ACTION &**
**FED. R. CIV. P. 23 CLASS**
**ACTION**

**NOTICE OF PLAINTIFF'S**
**MOTION FOR**
**CONDITIONAL**
**COLLECTIVE**
**CERTIFICATION**

      **PLEASE TAKE NOTICE** that upon the annexed Declaration of John Troy, sworn to on November 16, 2020, and all exhibits attached thereto, and upon all prior pleadings and proceedings herein, the undersigned shall move this Court, at the United States Courthouse for the District of Connecticut, before the Honorable Vanessa L. Bryant for an Order:

      (1) granting collective action status, under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b);

      (2) ordering the Defendants within fourteen (14) days of the entry of this Order to produce an Excel spreadsheet containing first and last name, last known address with apartment number (if applicable), the last known telephone numbers, last known e-mail addresses, WhatsApp, WeChat ID and/or FaceBook usernames (if applicable), and work location, dates of employment and position of **ALL** **current and former non-exempt and non-managerial employees** employed at any time from May 16, 2017 (three years prior to the filing of the Complaint) to the date when the Court so-orders the Notice of Pendency and Consent to Join Form or the date when Defendants provide the name list, whichever is later;

(3) authorizing that notice of this matter be disseminated, in any relevant language via mail, email, text message, website or social media messages, chats, or posts, to all members of the putative class within twenty-one (21) days after receipt of a complete and accurate Excel spreadsheet with affidavit from Defendants certifying that the list is complete and from existing employment records;

(4) authorizing an opt-in period of 90 days from the day of dissemination of the notice and its translation;

(5) authorizing the Plaintiff to publish the full opt-in notice on Plaintiffs' counsel's website;

(6) authorizing the publication of a short form of the notice may also be published to social media groups specifically targeting the Chinese-speaking American immigrant worker community;

(7) ordering the Defendants to post the approved Proposed Notice in all relevant languages, in a conspicuous and unobstructed locations likely to be seen by all currently employed members of the collective, and the notice shall remain posted throughout the opt-in period, at the workplace;

(8) ordering the Plaintiffs to publish the Notice of Pendency, in an abbreviated form to be approved by the Court, at Defendants' expense by social media and by publication in newspaper should Defendants fail to furnish a complete Excel list or more than 20% of the Notice be returned as undeliverable with no forwarding address to be published in English, and Chinese; and

(9) ordering the equitable tolling on the statute of limitation on this suit be tolled for 90 days until the expiration of the Opt-in Period.

Dated: Flushing, New York
     November 16, 2020

                        TROY LAW, PLLC
                        *Attorneys for the Plaintiff, proposed FLSA*
                        *Collective and potential Rule 23 Class*

                        /s/ John Troy
                        John Troy (JT0481)