TROY LAW, PLLC
John Troy (JT 0481)
41-25 Kissena Boulevard Suite 103
Flushing, NY 11355
Tel: (718) 762-1324
*Attorney for the Plaintiff, proposed FLSA Collective and potential Rule 23 Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
---------------------------------------------------------X
Ming Hui Lin,
*on his own behalf and on behalf of others similarly situated*

       Plaintiff,
    v.
NEW CHINA KING ZHENG INC
  d/b/a New China King; and
FANG RONG ZHENG

       Defendants.
---------------------------------------------------------X

Case No. 20-cv-00687

**29 U.S.C. § 216(b) COLLECTIVE ACTION & FED. R. CIV. P. 23 CLASS ACTION**

**DECLARATION OF JOHN TROY IN SUPPORT OF PLAINTIFF'S MOTION FOR CONDITIONAL COLLECTIVE CERTIFICATION**

  JOHN TROY, an attorney admitted to practice law in the State of New York and before the United States District Court for the District of Connecticut, hereby affirms under penalty of perjury that:

1. I am the principal of Troy Law, PLLC, attorney for the Plaintiffs and putative class in this action. I submit this affirmation in support of Plaintiff's motion for an Order granting collective action status pursuant to 29 U.S.C. § 216(b) for Plaintiff's claims under the Fair Labor Standards Act.

2. 2.  The putative class consists of the named Plaintiff and all nonexempt current and former employees of Defendants NEW CHINA KING ZHENG INC d/b/a New China King; and FANG RONG ZHENG (collectively the "Defendants") who performed work as non-exempt, non-managerial employees from May 16, 2017 to present. Corporate officers,

shareholders, directors, administrative employees, managers, and other customarily exempt employees are not part of the defined class.

3. The following exhibits are annexed:

   1. Exhibit 01 – Complaint;
   2. Exhibit 02 – Proposed Notice of Pendency; and Consent to Sue Form
   3. Exhibit 03 – Proposed Publication Order;
   4. Exhibit 04 – Affidavit of Ming Hui Lin in Support of Plaintiffs' Motion for Conditional Collective Certification;

4. As alleged in the complaint, the Named Plaintiff and proposed members of the class experienced a common set of policies and practices by the Defendants as to wages and hours that violated the FLSA, and there are more similarly situated current and former employees who have been subjected to the same unlawful employment practices.

5. Plaintiff alleges that he has personal knowledge of other employees who were subject to these policies and the details are further set forth in his affidavit herewith.

6. Troy Law, PLLC, has considerable experience in employment and labor law, and has successfully represented workers in numerous cases similar to the case at bar to recover unpaid overtime and minimum wage pay in federal and state courts under the Fair Labor Standards Act and Connecticut Minimum Wage Act.

7. For the reasons set forth above and those set forth in the accompanying Memorandum of law, Plaintiff respectfully requests that this Court enter an Order granting collective action status, pursuant to 29 U.S.C. § 216(b) for Plaintiff's claims under the Fair Labor Standards Act.

Dated:   Flushing, New York
        November 16, 2020

Respectfully submitted,
Troy Law, PLLC.

*Attorneys for Plaintiff and proposed collective action members*

By:   /s/John Troy

John Troy, Esq.