TROY LAW, PLLC
John Troy (JT 0481)
41-25 Kissena Boulevard Suite 103
Flushing, NY 11355
Tel: (718) 762-1324
*Attorney for the Plaintiff, proposed FLSA Collective and potential Rule 23 Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
-------------------------------------------------------------------x
Ming Hui Lin,
*on his own behalf and on behalf of others similarly situated*

        Plaintiff,

      v.

NEW CHINA KING ZHENG INC
  d/b/a New China King;
FANG RONG ZHENG

        Defendants.
-------------------------------------------------------------------x

Case No. 20-cv-00687

**COURT AUTHORIZED NOTICE OF 29 U.S.C. § 216(b) COLLECTIVE ACTION**

**IMPORTANT NOTICE ADVISING YOU OF YOUR RIGHTS**

**TO:** Current and former non-exempt employees employed at any time from May 16, 2017 to the present by:

  (1) NEW CHINA KING ZHENG INC d/b/a New China King;
    located at 139 Cove Rd Stamford, CT 06905;
  (2) FANG RONG ZHENG.
  (hereinafter collectively "Defendants")

  If you worked for Defendants at any time since May 16, 2017, the purpose of this Notice is to advise you of this lawsuit, and to further advise you of certain rights you may have with respect to this action.

  Plaintiff Ming Hui Lin worked for Defendants and has brought this action on behalf of all other current and former employees who have worked for Defendants at 139 Cove Rd Stamford, CT 06905 since May 16, 2017.

  The lawsuit seeks monetary damages under the federal Fair Labor Standards Act and the Connecticut Minimum Wage Act for, among other things, allegedly owed minimum wages and overtime wages. Defendants deny these allegations.

  THIS NOTICE is meant to advise you of your right to participate in this lawsuit as a claimant and plaintiff under the Fair Labor Standards Act if you worked for Defendants at any time from May 16, 2017 to the present and were not paid minimum wage for all hours worked and/or were not paid overtime for all hours worked over 40 in any given workweek.

No determination has been made that you are owed any amount of money, and the Court is not endorsing the merits of this lawsuit or advising you to participate in this lawsuit. You are under no obligation to respond to this notice.

**Federal law prohibits Defendants from retaliating against you or discriminating against you if you wish to join this lawsuit.**

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
|---|---|
| **ASK TO BE INCLUDED** | If you wish to be included, you must complete the form at the end of this Notice. |
| **DO NOTHING** | By doing nothing, you will not be included in the portion of the lawsuit relating to claims under the Fair Labor Standards Act. |

Your options are explained in this notice. To ask to be included in this lawsuit, you must act before [90 days from date notice is sent out.]

**1. Why did I get this notice?**

You are getting this notice because Defendants' records show that you work or worked for Defendants at some time from May 16, 2017 through the present.

**2. What is this lawsuit about?**

This lawsuit is about whether the Defendants properly paid its employees in accordance with the federal Fair Labor Standards Act and the Connecticut Minimum Wage Act. In the portion of the lawsuit brought under the Fair Labor Standards Act, the lawsuit alleges, among other things, that Defendants (i) failed to pay employees the full minimum wage for all hour worked and (ii) failed to pay overtime for all hours worked over 40 in any given workweek.

Defendants deny these allegations.

**3. What damages is the lawsuit seeking?**

The lawsuit is seeking to recover, among other things, unpaid minimum wages, unpaid overtime pay, and "liquidated damages," which double the amount of wages owed. The lawsuit is also seeking recovery of costs and attorneys' fees.

**4. What happens if I join the lawsuit?**

If you choose to join this lawsuit, you will be bound by any ruling, settlement or judgment, whether favorable or unfavorable. You will also share in any proceeds from a settlement or a favorable judgment.

While this lawsuit is pending, as part of the discovery process, you may be asked to provide documents or information relating to your employment with Defendants, which may include responding to written questions or answering questions in person under oath, either before or at trial. For this reason, if you join the lawsuit, you should preserve all documents

relating to the Defendants currently in your possession. You also may be asked to sit for a deposition scheduled at your convenience and/or asked to testify at a trial in the DISTRICT OF CONNECTICUT Courthouse.

**5. Can Defendants and/or my current employer retaliate or fire me if I join the lawsuit?**

No. It is a violation of federal law for Defendants to fire, discipline, or in any manner discriminate or retaliate against you for taking part in this lawsuit.

**6. Can I participate in this lawsuit, even though, due to my immigration status, I did not work or am not working for Defendants legally?**

Yes. Your immigration status does not affect your entitlement to recover back wages or to participate in the lawsuit.

**7. How do I ask the Court to include me in the lawsuit?**

Enclosed is a form called the "Plaintiff Consent Form." **If you choose to join the lawsuit, it is extremely important that you read, sign, and promptly return the Plaintiff Consent Form.**

An addressed and postage paid envelope is enclosed for your convenience. Should the enclosed envelope be lost or misplaced, the Plaintiff Consent Form must be sent to the following address:

TROY LAW PLLC
41-25 Kissena Boulevard, Suite 103
Flushing, NY 11355
**RE:** *Hui Lin, et al. v. NEW CHINA KING ZHENG INC d/b/a New China King; et al.*

Your signed and filled-out Plaintiff Consent Form must be postmarked, faxed, or emailed by (90 days from mailing). If your signed and filled-out Plaintiff Consent Form is not postmarked, faxed, or emailed by (90 days from mailing), you may not be able to participate in the federal law portion of this lawsuit or share in a monetary damage. You can also fax the Plaintiff Consent Form to (718) 762-1342 or scan and email it to troylaw@troypllc.com.

**8. Do I have an attorney in this lawsuit?**

If you choose to join this lawsuit, unless you choose to retain a different attorney, you will be represented by **Troy Law, PLLC**, 41-25 Kissena Boulevard, Suite 103, Flushing, New York 11355, (718) 762-1324.

**9. How will Troy Law, PLLC be paid?**

If you choose to be represented by Troy Law, PLLC, their costs and fees will be paid out of any settlement or money judgment Plaintiffs receive against Defendants. If there is no settlement or money judgment, Troy Law, PLLC will not receive any fee. You will not be required to pay anything out of pocket for services provided by Troy Law, PLLC.

Further information about this Notice, the deadline for joining the lawsuit, the form provided or answers to other questions concerning this lawsuit may be obtained by contacting the Troy Law, PLLC at (718) 762-1324. Substantive communications with Troy Law, PLLC for the purpose of obtaining legal advice are presumed **privileged and confidential** and will not be disclosed to anyone without your permission.

If you select an attorney other than Troy Law, PLLC to represent you in this action, you may join this lawsuit by submitting an appropriate consent form directly to the Clerk of Court by the deadline indicated herein.

**10. Should I get my own attorney?**

You have the right to hire any attorney of your choice to represent you in this matter. However, if you choose not to be represented by Troy Law, PLLC, you will need to confer with them regarding their costs and fees.

**11. What happens if I do nothing at all?**

If you do nothing at all, you will not be part of this lawsuit and will not be affected by any settlement or judgment rendered in this lawsuit, whether favorable or unfavorable.

**12. This notice has been authorized by the court.**

This notice and its contents have been authorized by a federal judge for the United States District Court for the DISTRICT OF CONNECTICUT. The Court has not yet ruled on whether Plaintiffs' claims or Defendants' defenses have any merit.

**Please do not write or call the court about this notice.**

Although the Court has approved the sending of this Notice, the Court expresses no opinion on the merits of the lawsuit.

## PLAINTIFF CONSENT FORM

IF YOU RECEIVED THIS FORM AND WANT TO JOIN THIS LAWSUIT, PLEASE COMPLETE THESE TWO STEPS:

    A. COMPLETE AND SIGN THIS PLAINTIFF CONSENT FORM; AND

    B. USE THE ENCLOSED ENVELOPE TO RETURN THIS FORM TO THE ADDRESS BELOW NOT LATER THAN [90 days from mailing of notice].

I consent to be a party plaintiff in the lawsuit *Hui Lin, et al. v. NEW CHINA KING ZHENG INC d/b/a New China King, et al.*, U.S. District Court, DISTRICT OF CONNECTICUT, Civil Action No. 20-cv-00687 in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

By signing and returning this consent form, I hereby designate Plaintiff and his counsel Troy Law, PLLC ("the Firm") to represent me and make decisions on my behalf concerning the litigation and any settlement. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the Firm will petition the Court for reasonable attorneys' fees and expenses should this case settle or a money judgment is received and will receive a proportion of any such gross settlement or judgment amount. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable.

_____

Name (printed)

_____

Signature                     Date

_____

Street Address

_____

City              State            ZIP

_____

Best Telephone Number(s)

_____

Email

_____

Work Location(s)

_____

Employment Start Date

_____

Employment End Date

**Mail to:**

**TROY LAW, PLLC,**
**41-25 KISSENA BOULEVARD, SUITE 103**
**FLUSHING, NY 11355**
**RE:** *Hui Lin, et al. v. NEW CHINA KING ZHENG INC d/b/a New China King; et al.*

YOU CAN ALSO FAX THE CONSENT TO JOIN FORM TO (718) 762-1342

OR SCAN AND EMAIL IT TO: troylaw@troypllc.com