TROY LAW, PLLC
John Troy (JT 0481)
41-25 Kissena Boulevard Suite 103
Flushing, NY 11355
Tel: (718) 762-1324
*Attorney for the Plaintiffs, proposed FLSA Collective and potential Rule 23 Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

-------------------------------------------------------------------x

MING HUI LIN,
*on his own behalf and on behalf of others similarly situated*
                        Plaintiff,
                        v.
NEW CHINA KING ZHENG INC
    d/b/a New China King;
FANG RONG ZHENG
                        Defendants.

-------------------------------------------------------------------x

Case No. 20-cv-00687

**29 U.S.C. § 216(b)**
**COLLECTIVE ACTION**
**& FED. R. CIV. P. 23**
**CLASS ACTION**

**<u>AFFIDAVIT OF MING HUI LIN IN SUPPORT OF PLAINTIFF'S COMPLAINT</u>**

I, MING HUI LIN, being sworn and under penalty of perjury, deposes and states as follows:

1. I am a resident of Stamford, Connecticut and I am over 18 years of age.

2. I have personal knowledge of the matters stated below.

3. From on or about December 19, 2018 to February 26, 2019 and again from May 2, 2019 to February 11, 2020, I was employed by Defendants to work as a Deliveryman for New China King located at 139 Cove Rd Stamford, CT 06905.

4. Between February 27, 2019 and May 1, 2019, I was not working because I was hurt on the job.

5. From on or about December 19, 2018 to February 26, 2019, and again from May 2, 2019 to February 11, 2020, my daily schedule ran from

    a. 11:00 to 23:00 for twelve (12) hours a day without any break from Tuesday through Thursday for three (3) days and thirty-six (36) hours a week;

    b. 11:00 to 23:30 for twelve and half (12.50) hours a day without any break on Friday and Saturday for two (2) days and twenty-five (25) hours a week;

    c. 12:00-23:00 on Sunday for eleven (11) hours a day without any break.

6. Thus, from December 19, 2018 to February 26, 2019, I worked a total of seventy-two (72) hours a week.

7. At all relevant times, from on or about December 19, 2018 to February 26, 2019, and again from May 2, 2019 to February 11, 2020, I had Monday off.

8. At all relevant times, I did not have a fixed time for lunch or for dinner.

9. In fact, I had less than ten minutes to eat and even when I was on call, meaning that if customer's order came, my break stopped and I had to deliver.

10. From on or about December 19, 2018 to February 26, 2019 and again from May 2, 2019 to February 11, 2020, I was paid a flat compensation at a rate of Fifteen Hundred Dollars ($1,500) per month.

11. I was mostly paid in cash.

12. Only on two occasions, I was paid in check.

13. At all relevant times, when I was not doing delivery, I had to peel shrimp, cut vegetables, fill up soda.

14. At all relevant times, I was not paid overtime pay for overtime work.

15. At all relevant times, I was never informed of my hourly pay rate or any tip deductions toward the minimum wage.

16. Throughout my employment, I was not compensated at least at one-and-one-half my promised hourly wage for all hours worked above forty (40) in each workweek.

17. To deliver food to Defendants' customers, I drove on an average of ninety (90) miles per day.

18. I used my car to deliver the Defendants' customers.

19. On average, I had to deliver fifty to sixty (50-60) orders per day.

20. I was not reimbursed by Defendants for the cost of the gasoline and maintaining my delivery vehicle for the Defendants' benefit.

21. During my employment with the Defendants, I befriended some of the employees who were both tipped and non-tipped, employees, and also suffered the same practice and policy of Defendants by not being paid overtime pay and minimum wages for all the hours worked more than forty (40) hours per week. Their information is detailed as follows:

| Name (Gender) | Position | Work Period | Work Days in a Week | Work Hours/week | Pay |
|---|---|---|---|---|---|
| **SHI FU 01 ("Chef") (M)** | Fry Wok Chef | He worked since 2012 and left in about August 2019 | **6 days/week** *(Mon off)* | **72 hours/week** 11:00 - 23:00 (Tue, Wed, Thurs) 11:00 to 23:30 (Fri, Sat) 12:00-23:00 (Sun) | Around **$3200/ month** His pay was usually **$300** lower than people |

| | | | | | in his position |
|---|---|---|---|---|---|
| **XIAO LI 01("little brother") (Male).** | Fry Wok | May 2019 – June 2019. | **6 days/week** *Mon off* | **72 hours/week** 11:00 - 23:00 (Tue, Wed, Thurs) 11:00 to 23:30 (Fri, Sat) 12:00-23:00 (Sun) | Around $3300/ month |
| **XIAO WU 02("little brother") (Male)** | Fry wok | Worked between November 2019 and February 2020 for four months before I left on February 11, 2020. | **6 days/week** *Mon off* | **72 hours/week** 11:00 - 23:00 (Tue, Wed, Thurs) 11:00 to 23:30 (Fri, Sat) 12:00-23:00 (Sun) | Around $3300/ month. |
| **PANG ZI 01("chubby brother") (M)** | Fry wok Oil Wok | I don't know how long PANG ZI has worked for the restaurant because he worked there before I came on December 19, 2018, and he was still there before I left on February 11, 2020. | **6 days/week** *Mon off* | **72 hours/week** 11:00 - 23:00 (Tue, Wed, Thurs) 11:00 to 23:30 (Fri, Sat) 12:00-23:00 (Sun) | Around $3000/ month |
| **LIAN JIANG DI 01("brother from Lianjiang") (M)** | Fry Wok | June 2019 – July 2019 | **6 days/week** *Mon off* | **72 hours/week** 11:00 - 23:00 (Tue, Wed, Thurs) 11:00 to 23:30 (Fri, Sat) 12:00-23:00 (Sun) | Around $3300/ month |
| **YOU GUO 01("Fry Wok") (F)** | Oil Wok Packing | Don't remember when he started working but he was | **6 days/week** *Mon off* | **72 hours/week** 11:00 – 14:00 | Around $2200/ month |

| | | still there when I left working for the Defendants | | 16:00 – 23:00 (Tue, Wed, Thurs) 11:00 – 14:00 16:00 – 23:30 (Fri, Sat) 12:00 – 14:00 16:00 – 23:00 (Sun) | |
|---|---|---|---|---|---|
| XIAO MEI ("Young Sister") (F) | Waitress | I don't know. | **6 days/week** *Mon off* | **72 hours/week** 11:00 - 23:00 (Tue, Wed, Thurs) 11:00 to 23:30 (Fri, Sat) 12:00-23:00 (Sun) | N/A |

## Kitchen Workers

### *Shandongese SHI FU 01 ("Chef" in Mandarin)* (Male)

22. SHI FU is from Weifang, Shandong Province, China.

23. SHI FU is around forty-seven (47) years old, about 1.75m tall, and strong in build.

24. I knew him as "SHI FU" or "Chef" in Mandarin. He told me his full name before, but he has a strong Shandong accent and I could not figure out the pronunciation, so I called him "Shan Dong Shi Fi."

25. SHI FU works as a Fry Wok.

26. SHI FU was already there for seven years when I began my work at the Defendants restaurant on December 19, 2018, and left in August 2019 which is before I left on February 11, 2020.

27. SHI FU shared the exact working schedule as me.

    a. 11:00 to 23:00 for twelve (12) hours a day without any break from

Tuesday through Thursday for three (3) days and thirty-six (36) hours a week;

b. 11:00 to 23:30 "for twelve and a half (12.50) hours a day without any break on Friday and Saturday for two (2) days and twenty-five (25) hours a week;

c. 12:00-23:00 on Sunday for eleven (11) hours a day without any break.

28. SHI FU was paid three thousand and two hundred ($3,200) a month.

29. I knew SHI FU's pay because I lived in the same apartment as him when I was still working for the restaurant during one of the conversations we had he mentioned that his pay was about ($3,200) per month.

30. SHI FU and I often chat in our apartment which was rent by the boss as well as outside the restaurant near the kitchen when we were taking breaks.

31. SHI FU's pay was usually $300 less than employees in the same position as him. He argued with the boss about his pay a lot because he has not been treated fairly for all seven years he worked for the restaurant.

32. SHI FU told me about how low his salary was and part of the reason for him to quit the job eventually was because of his paid low and unfair treatments.

***Fuzhouese XIAO LI 01("little brother in Mandarin")*** (Male).

33. XIAO LI is a resident of Brooklyn, New York.

34. XIAO LI is from Huzhou, Zhejiang Province, China

35. XIAO LI is around thirty-five (35) to forty (40) years old, about 1.78m tall and strong in build.

36. I knew him as "XIAO LI" or "Little Brother" in Mandarin because he was

younger than me.

37. XIAO LI works as a Fry Wok.

38. XIAO LI worked for the restaurant between May 2018 and June 2019 and he left before I left on February 11, 2020.

39. XIAO LI also shared the exact working schedule as me.

   a. 11:00 to 23:00 for twelve (12) hours a day without any break from Tuesday through Thursday for three (3) days and thirty-six (36) hours a week;

   b. 11:00 to 23:30 for twelve and a half (12.50) hours a day without any break on Friday and Saturday for two (2) days and twenty-five (25) hours a week;

   c. 12:00-23:00 on Sunday for eleven (11) hours a day without any break.

40. XIAO LI was paid three thousand and three hundred ($3300) a month.

41. I knew XIAO LI's pay because XIAO LI told me during a conversation, we had in the kitchen before he quit at around the end of June 2019.

42. XIAO LI told me about how hard his work was and the main reason for him to quit the job was because of the heavy workload he undertook.

### *Fuzhouese* **XIAO WU** *02("little brother in Mandarin")* (Male)

43. XIAO WU is from Fuzhou, Fujian Province, China.

44. XIAO WU is around thirty-five (35) to forty (40) years old, about 1.7m tall, and has an average build.

45. I knew him as "XIAO WU" or "Little Brother" in Mandarin because he was younger than me.

46. XIAO WU works as a Fry Wok.

47. XIAO LI worked between November 2019 and February 2020 for four months before I left on February 11, 2020.

48. XIAO WU shared a similar working schedule as me.

    a. 11:00 to 23:00 for twelve (12) hours a day without any break for any three (3) days between Monday through Thursday and thirty-six (36) hours a week;

    b. 11:00 to 23:30 for twelve and half (12.50) hours a day without any break on Friday and Saturday for two (2) days and twenty-five (25) hours a week;

    c. 12:00-23:00 on Sunday for eleven (11) hours a day without any break.

49. XIAO WU was paid three thousand and three hundred ($3300) a month.

50. I knew XIAO WU's pay because his position is regarded by most of us to be short-time work due to the heavy workload it requires, and the boss, therefore, pays the same amount of money for all his new hired workers for that position.

### *Fujianese* **PANG ZI *01("chubby brother in Mandarin")*** (Male)

51. PANG ZI is from Changle, Fujian Province, China.

52. PANG ZI is around forty (40) to forty-five (45) years old, about 1.68m to 1.70m tall, and has a chubby body figure.

53. I knew him as "PANG ZI" or "Chubby Brother" in Mandarin because he has a chubby body figure.

54. PANG ZI is boss' younger brother-in-law.

55. PANG ZI works as a Fry Wok but he also did whatever the restaurant needs as well.

56. I don't know how long PANG ZI has worked for the restaurant because he worked there before I came on December 19, 2018, and he was still there before I left on February 11, 2020.

57. PANG ZI shared a similar working schedule as me.

    a. 11:00 to 23:00 for twelve (12) hours a day without any break from Tuesday through Thursday for three (3) days and thirty-six (36) hours a week;

    b. 11:00 to 23:30 for twelve and a half (12.50) hours a day without any break on Friday and Saturday for two (2) days and twenty-five (25) hours a week;

    c. 12:00-23:00 on Sunday for eleven (11) hours a day without any break.

58. PANG ZI was paid three thousand ($3,000) a month.

59. I knew PANG ZI's pay because SHI FU told me during a conversation when we lived together in the apartment.

**Lianjiangese** LIAN JIANG DI *01("brother from Lianjiang in Mandarin")* (Male)

60. LIAN JIANG DI is from Lianjiang, Fujian Province, China.

61. LIAN JIANG DI is around thirty (30) years old, about 1.70m tall, and slim in the figure.

62. I knew him as "LIAN JIANG DI" or "Brother from Lianjiang" in Mandarin because he is younger than me and he comes from Lianjiang.

63. LIAN JIANG DI works as a Fry Wok.

64. LIAN JIANG DI came to work for the restaurant in June 2019 and he left there in July 2019 before I left on February 11, 2020.

65. LIAN JIANG DI shared a similar working schedule as me.

    a. 11:00 to 23:00 for twelve (12) hours a day without any break from Tuesday through Thursday for three (3) days and thirty-six (36) hours a week;

    b. 11:00 to 23:30 for twelve and a half (12.50) hours a day without any break on Friday and Saturday for two (2) days and twenty-five (25) hours a week;

    c. 12:00-23:00 on Sunday for eleven (11) hours a day without any break.

66. LIAN JIANG DI was paid three thousand ($3300) a month.

67. I knew LIAN JIANG DI's pay because his position is regarded by most of us to be short-time work due to the heavy workload it requires, and the boss, therefore, pays the same amount of money for all his new hired workers for that position.

**Hunanese YOU GUO *01("Fry Wok in Mandarin")* (Female)**

68. YOU GUO is from Hunan Province, China.

69. YOU GUO is around forty (40) years old and slim in the figure.

70. I knew her as "YOU GUO" or "Fry Wok" in Mandarin because she was only specifically responsible for frying food and packing.

71. YOU GUO works as a Fry Wok.

72. I don't know how long YOU GUO has worked for the restaurant because he worked there before I came on December 19, 2018, and he was still there

before I left on February 11, 2020.

73. YOU GUO shared a different working schedule like me.

    a. 11:00 to 14:00 and 16:00 to 23:00 for twelve (10) hours a day without any break for any three (3) days between Monday and Wednesday and thirty-six (20) hours a week;

    b. 11:00 to 14:00 and 16:00 to 23:30 for twelve and a half (10.50) hours a day without any break on Friday and Saturday for two (2) days and twenty-five (21) hours a week;

    c. 12:00 to14:00 and 16:00 to 23:00 on Sunday for eleven (9) hours a day without any break.

74. YOU GUO usually took two hours break in the afternoon because she was not in good health.

75. YOU GUO was paid three thousand ($2200) a month.

76. I knew YOU GUO's pay because I asked her one time in the work and she told me that

**WAIT STAFFS**

*Fujianese* **XIAO MEI** *("Young Sister" in Mandarin)* **(Female)**

77. XIAO MEI is from Changle, Fujian Province, China.

78. XIAO MEI is around thirty (30) years old, around 1.65m, and slim in the figure.

79. I knew her as "XIAO MEI" or "Young Sister" in Mandarin because she was younger than me.

80. Xiao Mei works as a Waitress.

81. I don't know how long XIAO MEI has worked for the restaurant but she worked there for many years.

82. XIAO MEI shared a similar working schedule as me.

   a. 11:00 to 23:00 for twelve (12) hours a day without any break from Tuesday through Thursday for three (3) days and thirty-six (36) hours a week;

   b. 11:00 to 23:30 for twelve and half (12.50) hours a day without any break on Friday and Saturday for two (2) days and twenty-five (25) hours a week;

   c. 12:00-23:00 on Sunday for eleven (11) hours a day without any break.

83. XIAO MEI is the boss's niece.

84. I don't know how much XIAO MEI was paid per month.

85. I knew XIAO MEI's pay because I asked her one time in the work and she told me that.

86. I sincerely hope that this Court allows me to represent the interest of my co-workers in this action. These Defendants exploited me and my co-workers, and it is my hope, that we will be permitted to recover the wages that we are owned.

87. This document has been translated to me in my native language of Chinese, and I fully comprehend the contents and know them to be true and correct to the best of my knowledge and recollection.

Dated: 6/18/2020

Lin, Ming Hui

# DECLARATION

I, **Tiffany Troy**, hereby declare the following, pursuant to 28 U.S.C. § 1746:

I am fluent in Mandarin Chinese and English. I have provided a true and accurate translation of the above document entitled, "Plaintiff's Affidavit in Support of Motion for Conditional Collective Certification."

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 18, 2020
Flushing, New York

Tiffany Troy

Sworn to me this 18th day of June, 2020

Notary Public

JOHN TROY
Notary Public, State of New York
No. 02TR6121824
Qualified in Queens County
Commission Expires April 12, 2021

AARON B. SCHWEITZER
Notary Public, State of New York
No. 02SC6380865
Qualified in Queens County
Commission Expires September 17, 2022