**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
------------------------------------------------------------x
LIN *et al.*

                              Plaintiff,

v.

NEW CHINA KING ZHENG INC d/b/a New China King *et al.*

                             Defendants.
------------------------------------------------------------x

Case No.20-cv-00687

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants in the above captioned action, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or attorneys' fees to any party, as to Plaintiffs or Defendants. This Court retains jurisdiction to enforce the Settlement Agreement and the Release of this action.

TROY LAW, PLLC
*Attorneys for the Plaintiff*

By: _____
John Troy (JT 0481)
41-25 Kissena Blvd., Suite 103
Flushing, NY 11355
Tel: 718 762 1324

Law Office of Friedrich M. Helisch
*Attorneys for Defendants*

_____
Frederich M. Helisch, Esq.
9 Mott Avenue
Norwalk, CT 06850
Tel: 2038464888

SO ORDERED.
/s/ Vanessa L. Bryant
_____

Hon. Vanessa L. Bryant
United States District Court